ames T. Derfler (SBN 180367)
Marlene J. Torres (SBN 331667)
WALSH MCKEAN FURCOLO LLP
550 W. C St., Suite 950
San Diego, CA  92101-8569
Telephone:  (619) 232-8486
Facsimile:  (619) 232-2691
jderfler@wmfllp.com
mtorres@wmfllp.com

Attorneys for Plaintiff
ADMIRAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY, a Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CARLYLE/GALAXY SAN PEDRO, L.P., a Limited Partnership,<br><br>Defendants. | **CASE NO. 2:20-cv-10458-SVW-AFM**<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF COMPLAINT WITHOUT PREJUDICE**<br><br>[FRCP Rule 41(a)(1)]<br><br>District Judge:<br>Hon. Stephen V. Wilson<br><br>Magistrate Judge:<br>Hon. Alexander F. MacKinnon |

Plaintiff Admiral Insurance Company (Admiral), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint against defendant Carlyle/Galaxy San Pedro, L.P. (Carlyle/Galaxy) without prejudice.

///

///

WALSH MCKEAN FURCOLO LLP
550 WEST C STREET
SUITE 950
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

1

REQUEST FOR DISMISSAL WITHOUT PREJUDICE
Case No. 2:20-cv-10458-SVW (AFMx)

Admiral is dismissing this action because there is no diversity jurisdiction pursuant to 28 U.S.C. § 1332, in that plaintiff and defendant are citizens of the State of Delaware.

Carlyle/Galaxy has neither filed an answer to the complaint nor a motion for summary judgment as to the claims asserted in the complaint. Therefore, dismissal under Rule 41(a)(1) is appropriate.

DATED: February 9, 2021                    WALSH MCKEAN FURCOLO LLP


By:  /s/ James T. Derfler
    JAMES T. DERFLER
    MARLENE J. TORRES
    Attorneys for Plaintiff
    ADMIRAL INSURANCE COMPANY

WALSH MCKEAN FURCOLO LLP
550 WEST C STREET
SUITE 950
SAN DIEGO, CALIFORNIA
92101
TELEPHONE (619) 232-8486

2

REQUEST FOR DISMISSAL WITHOUT PREJUDICE
Case No. 2:20-cv-10458-SVW (AFMx)